O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD HATHAWAY,<br><br>Defendant. | Case No. 2:18-CR-00365-RGK-1<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On December 16, 2019, Defendant Richard Hathaway ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:18-CR-00365-RGK-1. The Court appointed Deputy Federal Public Defender David Wasserman to represent Defendant.

///

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☒ probation / ☐ supervised release, the Court finds that:

A. ☒ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Unverified background because Defendant declined to be interviewed by Pretrial Services;
- No bail resources;
- Current allegations;
- Drug-related arrests/convictions;
- Fraud-related arrests/convictions;
- Prior violations of community supervision.

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Unverified background because Defendant declined to be interviewed by Pretrial Services;
- Nature of instant allegations;
- Prior criminal history.

///
///
///

2

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: January 13, 2020

                                         /s/
                                 MARIA A. AUDERO
                         UNITED STATES MAGISTRATE JUDGE