

FILED
CLERK, U.S. DISTRICT COURT

JUL 22 2020

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD HATHAWAY ) <br> ) <br> Defendant. ) <br> ) | CASE NO. CR-18-00365-RGK-1 <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the _Central District of California_ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. ( ) the safety of any person or the community.

2. The Court concludes:

    A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                 Page 1 of 2

other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B. (✓)   Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _nature of the offenses; absconded from supervision; prior failures to appear; history of noncompliance_

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: July 22, 2020

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                                         Page 2 of 2